THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENNY SABATINO, Appellant, v. EDGAR S. JENNINGS, Individually and as Agent and Warden of Auburn State Prison, Respondent.— The respondent is adjudged guilty of civil contempt for disobedience of the order directing relator's discharge, entered in Cayuga county clerk's office on July 25, 1927, it being found that the act complained of defeated, impaired, impeded and prejudiced the rights and remedies of relator. Respondent's punishment therefor is hereby adjudged to be a fine of $250 to be paid to the relator, and in addition thereto it is adjudged and decreed that he pay to the relator the sum of $1,250 forfeiture as provided for in section 1267 of the Civil Practice Act. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

CARL DARE, Respondent, v. GRANITE BOND AND MORTGAGE CORPORATION, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

SUSIE J. ALLENDORF, Appellant, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent.— Judgment affirmed, with costs on the authority of *Appel* v. *Ætna Life Ins. Co.* (86 App. Div. 83; affd., 180 N. Y. 514); *Fane* v. *National Assn. of Railway Postal Clerks* (197 App. Div. 145). All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

MAUD C. GRAY and Others, Appellants, v. ISLAY V. H. GILL, Individually and as Executor, etc., of HARRY C. GRAY, Deceased, and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JOSEPH J. BEUCKMAN, Respondent, v. AGNES C. OBERLIES and HELEN OBERLIES, Appellants.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ARLINE L. BEUCKMAN, an Infant, by JOSEPH J. BEUCKMAN, Her Guardian ad Litem, Respondent, v. AGNES C. OBERLIES, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Final Judicial Settlement of the Accounts of BASIL ROBILLARD, as Executor of the Estate of MARTHA H. BEEMAN, Deceased, of the Proceedings of Said MARTHA H. BEEMAN, as Executrix, etc., of MARCUS M. BEEMAN, Deceased.— Decree affirmed, with costs payable out of the estate. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ARTHUR McNOLL, Respondent, v. ABRAHAM POZE and NATHAN NATAPOW, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Estate of MARY I. MILLER, Deceased.— Orders affirmed, without costs, upon condition that within three days after entry of an order herein, and service of a copy thereof upon the attorney for the respondents, the respondents furnish an undertaking to be executed by the respondents, or at the option of the respondents by a surety in the sum of $1,000, pursuant to section 893 of the Civil Practice Act; otherwise, the orders are reversed, with $10 costs and disbursements, and the matter remitted to the Surrogate's Court for further proceedings. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.